FILED
December 08, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. 6:20-cr-000199 |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: 18 U.S.C. § 7(3); 18 U.S.C. § 13; 18 U.S.C. § 113(a)(8) – Assault of Spouse by Strangling] |
| ANTHONY LAVORISIER KIMBLE II, | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

On or about January 24, 2019, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

**ANTHONY LAVORISIER KIMBLE II,**

did then and there commit an assault upon T.K, the spouse of the Defendant, by strangling and by attempting to strangle T.K., by placing his hands around her neck, in violation of Title 18, United States Code, Sections 7(3), 13, and 113(a)(8).

A TRUE BILL:

_____
FOREPERSON

GREGG N. SOFER
United States Attorney

By: AARON J. SALTER
Special Assistant United States Attorney